UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE COCHRAN,<br>Plaintiff<br>v.<br>JAMES DZURENDA, et al.,<br>Defendants | Case No. 3:26-cv-00146-MMD-CSD<br>ORDER |

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court and appears to have been sent to an out-of-state prison. (ECF No. 7.) Under this Court's Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." This rule includes when a party is moved to a new institution or released from custody. *See* ECF No. 2 at 1).

"Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until **November 30, 2026**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court by **November 30, 2026**.

///

///

///

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 29th day of October 2026.

UNITED STATES MAGISTRATE JUDGE